```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                        CASE NO. 05 B 12518
   DAVID LEE SMITH
                                              CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-2902

------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 04/04/2005 and was confirmed 05/18/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 07/08/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
------------------------------------------------------------------------------
PORTFOLIO RECOVERY ASSOC  UNSECURED         4978.80             .00          4978.80
CITIFINANCIAL MORTGAGE C  CURRENT MORTG    19559.35             .00         19559.35
CITIFINANCIAL MORTGAGE C  MORTGAGE ARRE     1149.00             .00          1149.00
FORD MOTOR CREDIT         SECURED           9684.39          697.79          9684.39
FEDERAL NATIONAL MTG ASS  CURRENT MORTG    26569.46             .00         26569.46
FEDERAL NATIONAL MTG ASS  MORTGAGE ARRE     7795.29             .00          7795.29
SHAPIRO & KREISMAN        NOTICE ONLY      NOT FILED            .00              .00
SHAPIRO & KREISMAN        NOTICE ONLY      NOT FILED            .00              .00
CAPITAL ONE               UNSECURED         1113.48             .00          1113.48
ARROW FINANCIAL SERVICES  UNSECURED         6454.46             .00          6454.46
ROUNDUP FUNDING LLC       UNSECURED          616.37             .00           616.37
T-MOBILE BANKRUPTCY       UNSECURED           94.87             .00            94.87
RIDDLE & ASSOC PC         NOTICE ONLY      NOT FILED            .00              .00
VILLAGE OF DOLTON         UNSECURED        NOT FILED            .00              .00
PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                         2,700.00
TOM VAUGHN                TRUSTEE                                            4,988.96
DEBTOR REFUND             REFUND                                               762.78

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             87,165.00

PRIORITY                                          .00
SECURED                                     64,757.49
    INTEREST                                   697.79
UNSECURED                                   13,257.98
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                         4,988.96
DEBTOR REFUND                                  762.78
                    ---------------         ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 12518 DAVID LEE SMITH
```

```
TOTALS                              87,165.00              87,165.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/25/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```